# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **TERESA BENNETT,**<br>        Plaintiff, | § § § | **CIVIL ACTION NO. 3:15-CV-2653-M** |
| v. | § § § | |
| **AMAFHH GROUP, INC.,**<br>        Defendant. | § § § | **COMPLAINT OF DISABILITY ACCOMMODATIONS DISCRIMINATION** |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff TERESA BENNETT voluntarily dismisses the above captioned action without prejudice to the refiling of same.

In support of this motion, Plaintiffs would show that no answer has been filed and no counter claims or other pleading seeking affirmative relief on behalf of Defendants are now pending.

Dated: <u>January 29, 2016</u>                                  Respectfully submitted,

                                                                           *s/Kenneth Carden*
                                                                           **KENNETH D. CARDEN**
                                                                           Bar Card No. 03787300
                                                                           Carden Law, PLLC
                                                                           1409 South Lamar # 601
                                                                           Dallas, Texas 75215
                                                                           Tel. 214.85.3535
                                                                           Fax 214.485.3536
                                                                           Carden@ADA-Law.com
                                                                           **Attorney for Ms. Bennett**